NUMBER
13-02-235-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

NOE LOYA AND BIBIANA McGEE,                                         Appellants,

 

                                                   v.

 

BARBEE-NEUHAUS IMPLEMENT CO. 

AND
JOHN DEERE COMPANY,                                              Appellees.

___________________________________________________________________

 

                        On
appeal from the 103rd  District
Court 

                                   of Willacy County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellants, NOE LOYA AND BIBIANA McGEE, attempted to perfect
an appeal from a judgment entered by the 103rd  District Court of Willacy
County, Texas, in cause number 98-265.  Judgment in this cause was signed on January 11, 2002. A timely motion for new trial was filed on
February 11, 2002.  Pursuant to Tex. R.
App. P. 26.1, appellant=s notice of appeal was
due on April 11, 2002, but was not filed until April
24, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellants.  Appellees have filed a
motion to dismiss the appeal.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect their appeal, appellants= failure to respond to
this Court=s notice, and
appellees= motion to dismiss
appeal, is of the opinion that appellees= motion should be
granted and the appeal should be dismissed for want of jurisdiction.  Appellees= motion to dismiss the appeal is GRANTED, and the
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 13th
day of June, 2002.